IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV20 |
| | ) | |
| v. | ) | |
| | ) | ENTRY OF DEFAULT |
| TONI D. QUICKE, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

It appearing from the Request to Enter Default and the Declaration for Entry of Default filed herein that the defendants Toni D. Quicke, Citifinancial, Inc., and Lexington National and Action Bail Bonds, Inc. are in default of this action for failure to plead or otherwise defend as required by law, default is hereby entered against the said defendants as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

DATED this 29th day of March, 2006.

DENISE M. LUCKS, Clerk
United States District Clerk
for the District of Nebraska


By:  s/ Jeri A. Reinig
        Deputy